JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 Santa Ana Avenue Suite "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: Jackie@jacquelynenguyenlaw.com
Attorney for: PLAINTIFF

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    vs.<br><br>ARTURO ESPARZA,<br><br>              Defendant | No. CV A 12-6219-R (JEMx)<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Arturo Esparza, in the principal amount of $3,000.22 plus interest accrued to July 17, 2012, in the sum of $2,388.08; with interest accruing thereafter at $0.39 per day until entry of judgment, administration costs in the amount of $87.00, for a total amount of  $**5,475.30**.

DATED:__Nov. 26, 2012_       By:_____
                              Honorable Manuel L. Real,
                              Senior District Judge
                              United States District Court